LAW OFFICES OF MORRIS NAZARIAN
Morris Nazarian, SBN. 230275
1875 Century Park East, Suite 1790
Los Angeles, CA 90067
Telephone: (310) 284-7333
Facsimile: (310) 284-7332
Email: monazarian@yahoo.com

Attorneys for Plaintiff
JAVIER ARIAS

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ellen Bronchetti, SBN 226975
Pankit J. Doshi, SBN 231369
John-Paul S. Deol, SBN 284893
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Defendant
RUAN TRANSPORT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS, an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>RUAN TRANSPORT CORPORATION, a Iowa corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:16-CV-00280- LJO-SAB<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

-1-

Based on the foregoing Stipulation, the May 2, 2016 Scheduling Conference has been continued to June 20, 2016 at 9:30 a.m.  A joint scheduling report is due one week prior to the new conference date.

IT IS SO ORDERED.

Dated:   **April 8, 2016**

UNITED STATES MAGISTRATE JUDGE