# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>RUAN TRANSPORT CORPORATION,<br><br>        Defendant. | Case No.  1:16-cv-00280-SAB<br><br>ORDER DISMISSING TWELFTH CAUSE OF ACTION FROM THE COMPLAINT<br><br>(ECF No. 11) |

      On August 4, 2016, the parties filed a stipulation to dismiss Plaintiff's twelfth cause of action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  (ECF No. 11.)

      Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it."  <u>Commercial Space Mgmt. Co., Inc. v. Boing Co., Inc.</u>, 193 F.3d 1074, 1078 (9th Cir. 1999).

\\\

\\\

\\\

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the twelfth cause of action in Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **August 5, 2016**

UNITED STATES MAGISTRATE JUDGE