UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUAN TRANSPORT CORPORATION, a Iowa corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 1:16-cv-00280 SAB<br><br>ORDER RE STIPULATION TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF No. 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Ruan Transport Corporation shall have until November 28, 2016 to file an answer to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:　__November 4, 2016__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE