UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUAN TRANSPORT CORPORATION, a Iowa corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 1:16-cv-00280 SAB<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**ORDER**

Upon consideration of the stipulation of the parties and good cause appearing therefore, it is hereby ordered that Defendant Ruan Transport Corporation shall have until December 19, 2016 to file an answer to Plaintiff's First Amended Complaint, which Plaintiff filed on October 21, 2016.  (Docket No. 16).

IT IS SO ORDERED.

Dated:   **November 28, 2016**

UNITED STATES MAGISTRATE JUDGE