# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS, | CASE NO.  1-16-cv-00280 SAB |
| Plaintiff, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |
| v. | |
| RUAN TRANSPORT CORPORATION, | (ECF No. 22) |
| Defendant. | |

Pursuant to the stipulation of the parties, the June 27, 2016 scheduling order is HEREBY AMENDED as follows:

1.  The deadline for expert disclosure is continued to May 3, 2017;

2.  The deadline for non-expert discovery is continued to May 3, 2017;

3.  The deadline for supplemental  disclosure is continued to June 7, 2017;

4.  The deadline for expert discovery cut-off is continued to July 5, 2017; and

5.  All other aspects of the June 27, 2016 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **January 17, 2017**

UNITED STATES MAGISTRATE JUDGE

-1-