# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUAN TRANSPORT CORPORATION., an Iowa Corporation, and Does 1 through 200, inclusive,<br><br>　　　　Defendants. | CASE NO. 1-16-cv-00280 SAB<br><br>**ORDER GRANTING STIPULATION CONTINUING SETTLEMENT CONFERENCE** |

Pursuant to the Parties' Stipulation, the Settlement Conference is hereby continued from March 10, 2017 to April 21, 2017 at 11:30 AM.

IT IS SO ORDERED.

Dated: __March 3, 2017__    /s/ *Michael J. Seng*
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-