UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUAN TRANSPORT CORPORATION., an Iowa Corporation, and Does 1 through 200, inclusive,<br><br>　　　　Defendants. | CASE NO.  1-16-cv-00280 SAB<br><br>ORDER RE STIPULATION TO EXTEND NONDISPOSITIVE MOTION DEADLINE |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to file nondispositive motions is extended to May 3, 2017.

IT IS SO ORDERED.

Dated:   **March 8, 2017**　　　　　　　　　　　／s／_____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-