UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>RUAN TRANSPORT CORPORATION, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. 1:16-cv-00280-LJO-SAB<br><br>[PROPOSED] ORDER RE DEFENDANT'S *EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR TRIAL CONTINUANCE AND EXTENSION OF ASSOCIATED DEADLINES INCLUDING DISPOSITIVE MOTIONS |

Having considered the papers submitted in support of the ex parte application of Defendants Ruan Transportation Corporation ("Defendant") for an order shortening the time in which to hear a motion to continue trial and to extend the deadlines of all related matters including deadlines for dispositive motions (the "Motion").

IT IS HEREBY ORDERED that the ex parte application is granted. A hearing on the Motion shall be scheduled for _____.

Plaintiff's response shall be due no later than: _____.

Defendant's reply, if any, shall be due no later than: _____.

IT IS SO ORDERED.

Dated March ___, 2017

By  _____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE