# EXHIBIT A

```
 1  DLA PIPER, LLP (US)
    ELLEN M. BRONCHETTI, Cal. Bar No. 226975
 2  Ellen.bronchetti@dlapiper.com
    PANKIT J. DOSHI, Cal. Bar No. 231369
 3  Pankit.dosji@dlapiper.com
    555 Mission Street, Suite 2400
 4  San Francisco, California 94105
    Telephone: 415-836.2500
 5  Facsimile: 415-836.2501

 6
    Attorneys for Defendant RUAN TRANSPORT
 7  CORPORATION

 8
 9                 UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| 12  JAVIER ARIAS, an individual, | Case No. 1:16-cv-00280 SAB |
| 13         Plaintiff, | **DEFENDANT RUAN TRANSPORT CORPORATION'S *AMENDED* NOTICE OF DEPOSITION OF JAVIER ARIAS** |
| 14    v. | |
| 15  RUAN TRANSPORT CORPORATION, a Iowa corporation; and DOES 1 through 50, | Complaint Filed: January 27, 2016 |
| 16  inclusive, | |
| 17         Defendants. | |

19   TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

20   PLEASE TAKE NOTICE that Defendant RUAN TRANSPORT CORPORATION ("Defendant" will take the first day of deposition upon oral examination of Plaintiff JAVIER ARIAS ("Plaintiff") on March 17, 2017, commencing at 8:30 a.m. and continuing on future date(s) to be noticed until complete. Said deposition will take place at the offices of DLA Piper, LLP, 555 South Hope Street, Suite 2300, Los Angeles, California 90071-2678. This deposition will be taken before a notary public or other officer authorized to administer oaths. Defendant intends to cause the deposition proceedings to be recorded both stenographically and by videotape, as well as by the use of real time technology such as LiveNote.

1 | The deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil
2 | Procedure. Pursuant to agreement between counsel, this is a partial deposition only, and
3 | this notice is without prejudice to noticing Plaintiff's continued deposition on a later date.
4 | PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Civil
5 | Procedure 45, Mr. Arias is requested and required to produce the documents identified on
6 | Attachment A hereto at the time and place of the deposition.

Dated: March 13, 2017

DLA PIPER, LLP (US)

By: _____
ELLEN M. BRONCHETTI
PANKIT J. DOSHI

Attorneys for DEFENDANT
RUAN TRANSPORT CORPORATION

## ATTACHMENT A

1. Copy of Plaintiff's current commercial drivers' license
2. Any and all emails discussing Plaintiff's employment with Ruan.
3. Any and all documents you have related to Plaintiff's request for accommodation
4. Any and all documents related to Plaintiff's participation in the interactive process.
5. Any and all documents reflecting Plaintiff's claim for emotional distress damages.
6. Any and all documents pertaining to Plaintiff's claims that have not already been produced in this case.
7. Any and all document's demonstrating Plaintiff's efforts to find employment subsequent to his employment at Ruan.

## PROOF OF SERVICE BY MAIL

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within cause. My business address is DLA Piper LLP (US), 555 Mission Street, Suite 2400, San Francisco, California 94105-2933.

I served the below listed document(s) described as: **DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF JAVIER ARIAS** on March 13, 2017, on the following parties to this cause by mailing a copy of the above document(s) as follows:

Morris Nazarian
LAW OFFICES OF MORRIS NAZARIAN
1875 Century Park East, Suite 1790
Los Angeles, California 90067
Tel: 310.284.7333
Fax: 310.284.7332

Morris Nazarian monazarian@yahoo.com
Ashkan Shakouri <ash@shakourilawfirm.com>

*Attorneys for Plaintiff Javier Arias*

[X]  by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on March 13, 2017, at San Francisco, California.

_____
Karen D. Davis