UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUAN TRANSPORT CORPORATION, an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 1:16-cv-00280-LJO-SAB<br><br>[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR TRIAL CONTINUANCE AND EXTENSION OF ASSOCIATED DEADLINES INCLUDING DISPOSITIVE MOTIONS |

Having considered the papers submitted in support of the motion to continue trial and to extend the deadlines of all related matters including deadlines for dispositive motions (the "Motion").

IT IS HEREBY ORDERED that the Motion is granted. Trial shall be continued until _____. The parties shall meet and confer and propose a stipulation for all associated deadlines, including those for dispositive motions.

IT IS SO ORDERED.

Dated March ___, 2017

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　HON. STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE