# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,<br><br>  Plaintiff,<br><br>  v.<br><br>RUAN TRANSPORT CORPORATION,<br><br>  Defendant. | Case No. 1:16-cv-00280-SAB<br><br>ORDER GRANTING DEFENDANT'S <u>EX PARTE</u> APPLICATION TO SHORTEN TIME<br><br>ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR TRIAL CONTINUANCE AND EXTENSION OF ASSOCIATED DEADLINES INCLUDING DISPOSITIVE MOTIONS FOR MARCH 29, 2017, AT 10:00 A.M. IN COURTROOM 9<br><br>(ECF No. 32) |

On March 23, 2017, Defendant filed an <u>ex parte</u> application to shorten time to hear Defendant's motion for trial continuance and extension of associated deadlines including dispositive motions. (ECF No. 32.) Defendant also filed the motion for trial continuance and extension of associated deadlines including dispositive motions, and set the motion for hearing on March 29, 2017, at 10:00 a.m. (ECF No. 32.)

"The expression '<u>ex parte</u> motion' is a term of art. In its pure form it means a request a party makes to the court without any notice to the other side." <u>Mission Power Eng'g Co. v. Cont'l Cas. Co.</u>, 883 F. Supp. 488, 490 (C.D. Cal. 1995). "<u>Ex parte</u> relief is generally disfavored when relief may be had through a regularly noticed motion." <u>Hufnagle v. Rino Int'l Corp.</u>, No. CV 10-08695 DDP VBKx, 2012 WL 6553743, at *1 (C.D. Cal. Dec. 14, 2012). The Local

1

Rules of the Eastern District recognize limited situations in which <u>ex parte</u> applications may be filed: an initial extension of time where a stipulation cannot reasonably be obtained (L.R. 144(c)); applications to shorten time (L.R. 144(e)); injunctive relief (L.R. 231); and default judgment (L.R. 540).  Since the request does not fall under these exceptions and the matter was served on the other party, it is not appropriate to term the request as <u>ex parte</u>.  However, the court will construe the request as a "motion."

Upon a review of Defendant's motion to shorten time, the Court finds that Defendant's counsel has set forth a satisfactory explanation for the need for the issuance of an order to shorten time and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action.  <u>See</u> L.R. 144(e).  Therefore, the Court grants Defendant's motion to shorten time for the hearing on Defendant's motion for trial continuance and extension of associated deadlines including dispositive motions.  The Court expresses no opinion on the merits of Defendant's underlying motion for trial continuance and extension of associated deadlines including dispositive motions.

The Court notes that Plaintiff's counsel received notification through CM/ECF of Defendant's application to shorten time.  Plaintiff's counsel also has access through CM/ECF to Defendant's application to shorten time and the underlying motion for trial continuance and extension of associated deadlines including dispositive motions.

Local Rule 144(e) requires proposed orders shortening time to include blanks for the Court to designate the date and time for the hearing and for the filing of any response to the motion.  <u>See</u> L.R. 144(e).  Accordingly, the Court sets the hearing on Defendant's motion for trial continuance and extension of associated deadlines including dispositive motions for Wednesday, March 29, 2017, at 10:00 a.m. in Courtroom 9.  Plaintiff shall file an opposition to Defendant's motion for trial continuance and extension of associated deadlines including dispositive motions no later than Tuesday, March 28, 2017, at noon.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to shorten time for the hearing on Defendant's motion for trial continuance and extension of associated deadlines including dispositive

motions is granted;

2. The Court sets the hearing on Defendant's motion for trial continuance and extension of associated deadlines including dispositive motions for Wednesday, March 29, 2017, at 10:00 a.m. in Courtroom 9; and

3. Plaintiff's opposition to Defendant's motion for trial continuance and extension of associated deadlines including dispositive motions shall be filed no later than Tuesday, March 28, 2017, at noon.

IT IS SO ORDERED.

Dated:   **March 23, 2017**

UNITED STATES MAGISTRATE JUDGE