# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>RUAN TRANSPORT CORPORATION,<br><br>    Defendant. | Case No. 1:16-cv-00280-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER<br><br>(ECF Nos. 38, 41) |

Plaintiff filed a motion for a protective order on March 28, 2017. On April 4, 2017, Plaintiff filed a notice of withdrawal of the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a protective order shall be DISREGARDED and the Clerk of the Court is DIRECTED to terminate the motion.

IT IS SO ORDERED.

Dated:   **April 5, 2017**

UNITED STATES MAGISTRATE JUDGE

1