# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>RUAN TRANSPORT CORPORATION,<br><br>    Defendant. | Case No.  1:16-cv-00280-SAB<br><br>ORDER REQUIRING THE PARTIES TO COMPLY WITH LOCAL RULE 251 |

On March 22, 2017, Plaintiff filed a notice of motion to quash subpoenas that Defendants had served on third party medical providers. (ECF No. 31.) On March 29, 2017, a hearing was held on Defendants motion to continue the scheduling deadlines in this action during which the Court informed that parties that they were required to comply with Local Rule 251 in bringing a discovery motion, including the motion to quash. On April 5, 2017, Defendants filed a reply to Plaintiff's motion to quash. (ECF No. 44.)

As relevant here, Local Rule 251 provides that a hearing on a motion pursuant to Rule 45 may be had upon the filing of a notice of motion and motion scheduling the hearing date at least twenty one days from the date of filing. L.R. 251(a). The motion shall not be heard unless the parties have meet and conferred and set forth their differences in a Joint Statement re Discovery Disagreement. L.R. 251(b). If the moving party is still dissatisfied after meeting and conferring with the opposing party, then the parties shall file a Joint Statement re Discovery Disagreement,

the specifics of which are included in Rule 251(c). L.R. 251(c). "All arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed." L.R. 251(c). The Rule provides for exceptions which the Court does not find have been demonstrated in this instance. L.R. 251(d)(e).

Accordingly, IT IS HEREBY ORDERED that the parties are required to meet and confer and file a Joint Statement of Discovery Disagreement in compliance with Local Rule 251 and the Court shall disregard the argument in Plaintiff's motion to compel and Defendant's opposition.

IT IS SO ORDERED.

Dated: **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE