UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAVIER ARIAS,, an individual, | CASE NO. 1-16-cv-00280 SAB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| RUAN TRANSPORT CORPORATION., an Iowa Corporation, and Does 1 through 200, inclusive, | |
| Defendants. | |

Pursuant to the Parties' Stipulation, the Settlement Conference is hereby continued from April 21, 2017 to a date to be determined.

The parties shall, within the next 60 days, advise the Court of a convenient date, within 120 days of the date of this Order, for the continued settlement conference or, alternatively, advise the Court within the next 60 days why it is is impractical to convene the settlement conference within that 120 day period.

IT IS SO ORDERED.

Dated: April 18, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

-1-

DLA PIPER LLP (US)
SAN FRANCISCO