# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,<br><br>   Plaintiff,<br><br>   v.<br><br>RUAN TRANSPORT CORPORATION,<br><br>   Defendant. | Case No. 1:16-cv-00280-SAB<br><br>ORDER RE PLAINTIFF'S WITHDRAWAL OF THE MOTION TO COMPEL THIRD PARTY eSCREEN, INC. TO COMPLY WITH A SUBPOENA<br><br>(ECF Nos. 37, 49) |

On March 28, 2017, Plaintiff filed a motion to compel third party eSCREEN, Inc. to comply with a subpoena. (ECF No. 37.) On April 18, 2017, Plaintiff filed a notice of withdrawal of the motion. (ECF No. 49.)

Accordingly, as Plaintiff has withdrawn the motion to compel third party eSCREEN, Inc. to comply with a subpoena, IT IS HEREBY ORDERED that the April 19, 2017 hearing is VACATED and the Clerk of the Court is DIRECTED to terminate the motion.

IT IS SO ORDERED.

Dated: __April 18, 2017__

UNITED STATES MAGISTRATE JUDGE

1