# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>RUAN TRANSPORT CORPORATION,<br><br>    Defendant. | Case No. 1:16-cv-00280-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY DAY DEADLINE<br><br>(ECF No. 56) |

    On May 3, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 56.)

    Accordingly, it is HEREBY ORDERED that:

    1.    All pending matters and dates are VACATED; and

    2.    The parties shall file dispositional documents within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 3, 2017**

                                    UNITED STATES MAGISTRATE JUDGE